HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MANUEL MOLINA-GAMINO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-mj-00127-BAM |
| Plaintiff, | **STIPULATION TO CONTINUE DETENTION HEARING; ORDER** |
| vs. | Date:  November 15, 2024 |
| MANUEL MOLINA-GAMINO, | Time:  2:00 p.m. |
| Defendant. | Judge: Hon. Stanley A. Boone |

IT IS HEREBY STIPULATED by and between the parties through their respective

counsel, Assistant United States Attorney Arelis Clemente, counsel for plaintiff, and Assistant

Federal Defender Erin Snider, counsel for Manuel Molina-Gamino, that the Court may continue

the detention hearing currently scheduled for November 14, 2024, to November 15, 2024, at 2:00

p.m.

Defense counsel intends to propose that the Court release Mr. Molina-Gamino to the

custody of his uncle, Jeronimo Hernandez. Mr. Hernandez, however, is unable to attend court on

November 14, 2024, due to a prior commitment. He is available on Friday, November 15, 2024.

To avoid the United States Marshal Service unnecessarily transporting Mr. Molina-Gamino to

court on November 14, 2024, the parties respectfully request that the Court continue the

detention hearing one day to permit the proposed third-party custodian to appear in person. As

Mr. Molina-Gamino made his initial appearance on November 7, 2024, and due to the

1   intervening federal holiday, the new proposed date is within the five-day period prescribed under

2   18 U.S.C. § 3142 and, accordingly, the Court need not make a finding of good cause.

3            **IT IS SO STIPULATED.**

4

5                                            Respectfully submitted,

6
                                             PHILLIP A. TALBERT
7                                            United States Attorney

8   Date: November 13, 2024                 */s/ Arelis Clemente*
                                             ARELIS CLEMENTE
9                                            Assistant United States Attorney
                                             Attorney for Plaintiff
10

11
                                             HEATHER E. WILLIAMS
12                                           Federal Defender

13  Date: November 13, 2024                 */s/ Erin Snider*
                                             ERIN SNIDER
14                                           Assistant Federal Defender
                                             Attorney for Defendant
15                                           MANUEL MOLINA-GAMINO

16

17

18                                **O R D E R**

19           **IT IS SO ORDERED.** The detention hearing scheduled for November 14, 2024, is

20  hereby continued to November 15, 2024, at 2:00 p.m.  The defendant is ordered to appear.

21
    IT IS SO ORDERED.
22
    Dated:   **November 13, 2024**
23                                           _____
                                             STANLEY A. BOONE
24                                           United States Magistrate Judge

25

26

27

28